In the Matter of the Application of the CITY OF NEW
YORK, Respondent, Relative to Acquiring Title to
Land Required for Opening East 21st and Other Streets
to the Borough of Brooklyn.

MANOR REALTY COMPANY, Appellant.

*Appeal — unanimous affirmance — failure to obtain permission to
appeal.*

*Matter of City of New York (East 21st St.)*, 188 App. Div. 991,
appeal dismissed.

(Submitted June 7, 1920; decided June 11, 1920.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered July 1, 1919, which
unanimously affirmed an order of Special Term overruling
objections to the report of the commissioner of assess-
ment in street opening proceedings and confirmed said
report.

The motion was made upon the ground that the
order of affirmance was unaminous and that permission
to appeal had not been obtained.

*John P. O'Brien*, Corporation Counsel (*Joseph A.
Solovei* and *Patrick S. MacDwyer* of counsel), for motion.

*Herbert G. Andrews* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, on authority of *Brigham* v.
*City of New York* (227 N. Y. 575).